```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 52063
    DAVID JENDRUSIAK
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-1108

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/13/2005 and was confirmed 01/18/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
MORTGAGE ELECTRONIC REG  CURRENT MORTG          .00            .00           .00
MORTGAGE ELECTRONIC REG  MORTGAGE ARRE    11488.74            .00      11488.74
SHARON T MULCAHY         CURRENT MORTG          .00            .00           .00
SHARON T MULCAHY         SECURED NOT I          .00            .00           .00
RICHARD J FORST          DEBTOR ATTY      1,400.00                     1,400.00
TOM VAUGHN               TRUSTEE                                         748.26
DEBTOR REFUND            REFUND                                              .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            13,637.00

PRIORITY                                       .00
SECURED                                  11,488.74
UNSECURED                                      .00
ADMINISTRATIVE                            1,400.00
TRUSTEE COMPENSATION                        748.26
DEBTOR REFUND                                  .00
                  ---------------     ---------------
TOTALS             13,637.00             13,637.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 52063 DAVID JENDRUSIAK
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/13/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE